IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Michael B. Carothers, | ) | C/A No. 2:14-cv-1252 DCN |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Warden FPC Edgefield; Federal Bureau of Prisons, DSCC, | ) ) | |
| | ) | |
| Respondents. | ) | |

The above referenced case is before this court upon the magistrate judge's recommendation that the Warden of the Federal Correctional Complex, Hazelton, in Bruceton Mills, West Virginia be substituted for the Warden of FCI Edgefield, South Carolina, and the Federal Bureau of Prisons DSCC be dismissed. It was further recommended that respondent's motion for summary judgment be granted , the petitioner's habeas petition be dismissed with prejudice, and that a certificate of appealability be denied.

This court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. Thomas v Arn, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. United States v. Schronce, 727 F.2d 91 (4th Cir. 1984),

cert. denied, 467 U.S. 1208 (1984 ).[1]  **Objections to the magistrate judge's report and recommendation were timely filed on October 20, 2014.**

A de novo review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law.  Accordingly, the magistrate judge's report and recommendation is **AFFIRMED,** the Warden of the Federal Correctional Complex, Hazelton, in Bruceton Mills, West Virginia is substituted for the Warden of FCI Edgefield, South Carolina, and the Federal Bureau of Prisons DSCC is **DISMISSED.**

**IT IS FURTHER ORDERED** that respondent's motion for summary judgment is **GRANTED**, and petitioner's habeas petition is **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED** that a certificate of appealability is denied because petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(b)(2).

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

November 3, 2014
Charleston, South Carolina

### *NOTICE OF RIGHT TO APPEAL*
The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure

---

[1] In Wright v. Collins, 766 F.2d 841 (4th Cir. 1985), the court held "that a pro se litigant must receive fair notification of the consequences of failure to object to a magistrate judge's report before such a procedural default will result in waiver of the right to appeal.  The notice must be 'sufficiently understandable to one in appellant's circumstances fairly to appraise him of what is required.'"  Id. at 846.  Plaintiff was advised in a clear manner that his objections had to be filed within ten (10) days, and he received notice of the consequences at the appellate level of his failure to object to the magistrate judge's report.